# MATTHEW J. KLUGER
## ATTORNEY AT LAW

888 GRAND CONCOURSE, SUITE 1H
BRONX, NEW YORK 10451
(718) 293-4900 • FAX (718) 618-0140
www.klugerlawfirm.com

March 15, 2022

By ECF
Hon. Vernon S. Broderick
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

**APPLICATION GRANTED**
**SO ORDERED**
**VERNON S. BRODERICK**
**U.S.D.J.**  03/16/22
The sentencing scheduled for March 24, 2022 is hereby
adjourned to April 26, 2022 at 11:00 AM.

Re:   **United States v. Franklin Mejia Martinez**
       **21 Cr. 408 (VSB)**

Dear Judge Broderick,

       Mr. Mejia-Maritnez is scheduled to be sentenced on March 24, 2022, at 10:00 a.m.
Defense counsel is currently on trial in the matter of People v. Delosangeles (#2681-2017) in
Bronx Supreme Court, Part 29, before the Honorable Jeanette Rodriguez-Morick. It is
anticipated that this homicide trial will conclude sometime during the week of March 21, 2022.
Given that I have been on trial for the last two weeks, I have been unable to file the defense
sentencing submission in this matter and meet with Mr. Mejia-Marinez to prepare for sentencing.

       Accordingly, I respectfully request that Mr. Mejia-Martinez's sentencing be adjourned for
30-days to allow the defense additional time to properly prepare for sentencing. I have discussed
the above with AUSA Rebecca Dell who has *no objection* to this request on behalf of the
Government.

       Thank you.

Respectfully Submitted,

/s/ *Matthew J. Kluger*
Matthew J. Kluger, Esq.

cc:    AUSA Rebecca T. Dell